UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEPI ENTERPRISES, INC., an Ohio Corporation,<br>    Plaintiff,<br><br>vs.<br><br>NATIONAL ENVIRONMENTAL, SERVICES CORP., d/b/a NES Corporation, and THE INSURANCE COMPANY OF THE THE STATE OF PENNSYLVANIA,<br>    Defendants. | Case No. 4:01CV1917MLM |

## **AMENDED JUDGMENT**

Pursuant to the Mandate of the United States Court of Appeals for the Eighth Circuit, entered on April 4, 2006, in Appeal No. 04-3609,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. The original judgment amount entered on March 18, 2004, excluding interest, is $815,800.00 and remains in effect.

2. Prejudgment interest of 9% per annum is ordered on the amount of $565,547.00, as ordered by the United States Court of Appeals for the Eighth Circuit, from April 1, 1999, to March 18, 2004. The prejudgment interest amount equals the sum of $252,686.39.

3. Court costs in favor of plaintiff, as previously ordered by this court, total $47,594.00.

4. The total judgment amount, excluding postjudgment interest, and including prejudgment interest and court costs, is $1,116,080.30.

5. This court previously ordered postjudgment interest at a rat6e of 1.16% per annum, which equates to $35.47 per day. Post judgment interest through April 5, 2006, is $26,496.05.

The court hereby enters judgment in favor of plaintiff Lepi Enterprises, Inc., and against defendants National Environmental Service Corp., d/b/a NES Corporation and The Insurance Company of the State of Pennsylvania in the amount of $1,116,080.30, and postjudgment interest on this amount at the rate of 1.16% per annum from March 18, 2004, until the payment in full of said judgment by defendants.

                                                  MARY ANN L. MEDLER
                                                  UNITED STATES MAGISTRATE JUDGE

Dated this 6th day of April, 2006.